FILED
2007 NOV -8 PM 6:50
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY ___

FILED
DEC - 6 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

RECEIVED
CLERK, U.S. DISTRICT COURT
NOV -1 2007
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

V 07-7375 - (PFM)

| Craig Wimberly | CASE NUMBER |
|---|---|
| PRISONER/PLAINTIFF, | ~~CV07-5320~~ |
| v. | DECLARATION IN SUPPORT OF REQUEST TO PROCEED WITHOUT PREPAYMENT OF FILING FEES |
| Warden DEFENDANT(S). | |

'07CV 2296 H    LSP

I, Craig Wimberly, declare under penalty of perjury, that the following is true and correct; that I am the prisoner-plaintiff in the above entitled case; that in support of my request to proceed without prepayment of fees under 28 U.S.C. Section 1915, I declare that because of my poverty I am unable to pay the full costs of said proceedings or to give security therefore and that I am entitled to redress.

I further declare under penalty of perjury that the responses which I have made to the questions and instructions below are true, correct and complete.

1. Are you presently employed in prison? ☐Yes ☒No
   a. If the answer is yes, state the number of hours you work per week and the hourly rate of pay:
   
   _____
   
   _____
   
   b. State the place of your incarceration  Lancaster
   Have the institution fill out the Certificate portion of this application and attach a certified copy of your prison trust account statement showing transactions for the past six months.

2. Have you received, *within the past twelve months*, any money from any of the following sources?
   a. Business, profession or form of self-employment?   ☐Yes ☒No
   b. Rent payments, interest or dividends?              ☐Yes ☒No
   c. Pensions, annuities or life insurance payments?    ☐Yes ☒No
   d. Gifts or inheritances?                             ☒Yes ☐No
   e. Any other income (other than listed above)?        ☐Yes ☒No
   f. Loans?                                             ☐Yes ☒No

DOCKETED ON CM
NOV 15 2007
BY ___ 032

If the answer to any of the above is yes, describe such source of money and state the amount received from each source during the past twelve (12) months: Children Mother sent a Father day card with $30.00 inclose.

---

DECLARATION IN SUPPORT OF REQUEST TO PROCEED WITHOUT PREPAYMENT OF FILING FEES

CV-60P (08/02)

Page 1 of 3

3. Do you own any cash, or do you have money in a checking or savings account? (Include any funds in prison accounts, if applicable.) ☐ Yes ☒ No

   If the answer is yes, identify each account and separately state the amount of money held in each account for each of the six (6) months prior to the date of this declaration.

   _____

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☒ No

   If the answer is yes, describe the property and state it approximate value: _____

   _____

5. In what year did you last file an Income Tax Return? _____ NO _____

   Approximately how much income did your last tax return reflect? _____

6. List the persons who are dependent upon your for support, state your relationship to those persons, and indicate how much you contribute toward their support:
   _____ NO _____
   _____

I understand that a false statement or answer to any question in this declaration will subject me to penalties for perjury. I further understand that perjury is punishable by a term of imprisonment of up to five (5) years and/or a fine of $250,000 (18 U.S.C. Sections 1621, 3571).

_____CA_____        _____LANCASTER_____
         State                          County (or City)

I, __Craig Wimberly__, declare under penalty of perjury that the foregoing is true and correct.

__10-23-07__                    __Wimberly__
    Date                        Prisoner/Plaintiff (Signature)

## PRISONER AUTHORIZATION

If my request to proceed without prepayment of filing fees is granted, I understand that I am required by statue to pay the full amount of the filing fees for this case, regardless of my forma pauperis status and the disposition of this case. I further authorize the prison officials at this institution to assess, collect and forward to the Court the full amount of these fees, in monthly payments based on the average of deposits to or balance in my prison trust account in accordance with 28 U.S.C. Section 1915.

_____ *Wimberly*
Prisoner-Plaintiff (Signature)

## CERTIFICATE OF AUTHORIZED OFFICER

I hereby certify that the Prisoner-Plaintiff herein has credit in the sum of $___0___ on account at the __CSP- Los Angeles County__ institution where Prisoner-Plaintiff is confined.

I further certify that during the past six months the applicant's average monthly balance was $__2.25__. I further certify that during the past six months the average of monthly deposits to the applicant's account was $__2.25__.

A certified copy of the prisoner-plaintiff's trust account statement for the last six (6) months is attached.

__10-25-07__                __K.H. George ACII__
Date                        Authorized Officer of Institution (Signature)

CALIFORNIA DEPARTMENT OF CORRECTIONS
CALIF. STATE PRISON, LA COUNTY
INMATE TRUST ACCOUNTING SYSTEM
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: MAY 01, 2007 THRU OCT. 25, 2007

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY  K.A. George ACT
TRUST OFFICE

ACCOUNT NUMBER : P04999                BED/CELL NUMBER: FAB300000000226L
ACCOUNT NAME   : WIMBERLY, CRAIG E.     ACCOUNT TYPE: I
PRIVILEGE GROUP: A

TRUST ACCOUNT ACTIVITY

| TRAN DATE | CODE | DESCRIPTION | COMMENT | CHECK NUM | DEPOSITS | WITHDRAWALS | BALANCE |
|---|---|---|---|---|---|---|---|
| 05/01/2007 | | BEGINNING BALANCE | | | | | 0.00 |
| 06/28 | DD30 | CASH DEPOSIT | 605476/MR | | 13.50 | | 13.50 |
| 07/13 | FC04 | DRAW-FAC 4 | 700247/2ND | | | 13.50 | 0.00 |

* RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 07/06/98                CASE NUMBER: BA156752
COUNTY CODE: LA                         FINE AMOUNT: $  2,000.00

| DATE | TRANS. | DESCRIPTION | TRANS. AMT. | BALANCE |
|---|---|---|---|---|
| 05/01/2007 | | BEGINNING BALANCE | | 1,984.90 |
| 06/28/07 | DR30 | REST DED-CASH DEPOSIT | 15.00- | 1,969.90 |

* THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
* IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.       *

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 0.00 | 13.50 | 13.50 | 0.00 | 0.00 | 0.00 |

CURRENT
AVAILABLE
BALANCE
-----------
0.00
-----------