CV07-7375-R(FFM)

Dec 12, 07

Mr. Craig Wimberly #P.04999
P.O. Box 3461   3A05  211
Corcoran, CA 93212-3461

Dear Sir/madam

A Notice of my new address this is were I'm resided at right now and will be receiving mail here.

Thank You For Your Cooperation.

Sincerely
Mr. Wimberly
12-12-07