Mr. Craig Wimberly #P.04999
P.O. Box 3461    3A05-227L
Corcoran, Ca 93212-3461

In Propria Personam:

FILED

2008 FEB 27  PM 3:05

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _RM_____ DEPUTY

United States District Court
Southern District of California

Craig Wimberly,
CDCR #P.04999,

                    Plaintiff,

            vs.

L.E. Scribner, et al.,

                    Defendants.

Civil No. 07-2296 H (LSP)

Petitioners First Request For
Enlargement of Time To serve
And File Necessary Documents.

To: Respondent L.E. Scribner, et al., and Their Attorney-of-Record

Comes Now Petitioner, seeking an enlargement of time in which to serve and file his First Amended and/or other legal documents in opposition to the respondents Motion to Dismiss the Petition for 42 U.S.A §1983 (dated January 9, 2008).

The petitioner seeks an enlargement of thirty days from the due date given respondents to file their Motion to Dismiss and, or answer which was February 25, 2008, to and including March 31, 2008. The Petitioner requires this additional time because the facility he is confined in only allowing me one day out a week access to the Law Library, and additionally because the institution is in the fog condition season, and based on the restricted movement to and from the library, efforts may be hampered, due to the pro se litigant Law Library access list being full.

Furthermore, due to budget constraints, the library is not up to current editions of volume 300 of the Federal Reporter, Third Series, thus the petitioner is unable to review the cases respondents cited in their Table of Authorities. Additionally, the San Francisco Daily Journal is no longer ordered either, thus even a Daily Appellate cite is not available for review.

In conclusion, the petitioner respectfully moves the court to grant him an additional 30 days to serve and file his First AMENDED and/or other necessary documents, to and including March 31, 2008

Respectfully Submitted.

Date. February 24, 2008

C. Wimberly
Craig Wimberly #P.04999
Petitioner